IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HUMBOLDT HEALTHCARE, INC.,
LEXINGTON HEALTHCARE, INC.,
DYERSBURG HEALTHCARE, INC.,
and WHITEHAVEN HEALTHCARE, INC.,

    Plaintiffs,

v.

                                                                           CASE NO. 1-05-1076- T An
                                                                           Jury Demanded

CMSLP MANAGEMENT COMPANY, INC.,
CRIIMI MAE SERVICES LIMITED PARTNERSHIP,
LASALLE BANK NATIONAL ASSOCIATION,
MIDLAND LOAN SERVICES, INC., AND
NOMURA ASSET CAPITAL CORPORATION,

    Defendants.

## CONSENT ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

This matter is before the Court on the plaintiffs' motion for an extension of time to respond to the defendants' motion to dismiss. The Court finds that the motion is well taken, not opposed by the defendants and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the plaintiffs be allowed a fourteen (14) day extension of time up to and including September 26, 2005, within which to file a response to the defendant's motion to dismiss.

                                                                           Honorable James D. Todd
                                                                           United States District Court Judge

                                                                           13 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  09-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01076 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Harris P. Quinn
WILLIAMS & PROCHASKA, P.C.
50 N. Front St.
Ste. 1065
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT