# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| HUMBOLDT HEALTHCARE, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1-05-1076-T An |
| LASALLE BANK NATIONAL ASSOCIATION, as Trustee for the Holders of Nomura Asset Securities Corporation, Commercial Pass-through Certificates, Series 1994-C3, et al., | * * * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

Upon consideration of the Motion for an Extension of Time to Respond to the First Amended Complaint filed by Defendants LaSalle Bank National Association, as Trustee for the Holders of Nomura Asset Securities Corporation, Commercial Pass-through Certificates, Series 1994-C3 (the "Trust"), CRIIMI MAE Services Limited Partnership, as Special Servicer for the Trust, and Midland Loan Services, Inc., as Servicer for the Trust (collectively, the "Defendants"), and the other pleadings and papers of record in this case, and for good cause shown, it is by the United States District Court for the Western District of Tennessee, on this ____ day of October, 2005,

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___10-26-05___

16

ORDERED, that the Defendants be GRANTED an extension of time up to and including October 28, 2005, within which to answer, move or otherwise respond to the First Amended Complaint.

S. Thomas Anderson
UNITED STATES DISTRICT JUDGE

cc:     Harris P. Quinn
        Williams & Prochaska, P.C.
        Morgan Keegan Tower
        50 North Front Street, Suite 1065
        Memphis, Tennessee 38103

        Gregory A. Cross
        Heather Deans Foley
        Venable LLP
        1800 Mercantile Bank & Trust Building
        2 Hopkins Plaza
        Baltimore, Maryland 21201

        Brett A. Hughes
        Michael F. Rafferty
        Harris Shelton Hanover Walsh, PLLC
        One Commerce Square, Suite 2700
        Memphis, Tennessee 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01076 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Harris P. Quinn
WILLIAMS & PROCHASKA, P.C.
50 N. Front St.
Ste. 1065
Memphis, TN 38103

Brett A. Hughes
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT